*Mr. E. J. McCabe,* for Relator.

No. 8386. TONGUE RIVER WATER USERS ASSOCIATION, RESPONDENT, *v.* DENVER JOINT STOCK LAND BANK, APPELLANT.

Decided March 11, 1943.

PER CURIAM.—On motion of appellant the appeal herein is dismissed.

*Messrs. F. F. Haynes* and *W. A. Brown,* for Appellant.

*Mr. R. V. Bottomly,* Attorney General, *Mr. C. J. Dousman* and *Mr. P. F. Leonard,* for Respondent.